

Mr. KEVIN MCGRAW #516194
115 W. Doty Street
Madison WI, 53703

LEGALMAIL

FOREVER USA    Barn Swallow
FOREVER USA    Barn Swallow

FEDARAL COURT OF NORTHERN DISTRICT
OF ILLINOIS
CLERK: Thomas G. Bruten
219 S. Dearborn Street
Chicago IL, 60604

LEGAL MAIL